

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2021

No. 04-20-00475-CV

Richard **LARES**,
Appellant

v.

Martha C. **MUNIZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-15663
Honorable Laura Salinas, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of jurisdiction.

It is so **ORDERED** on June 30, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court